UNITED STATES of America, Plaintiff—Appellee,

v.

**Brian Dean BELL, Defendant— Appellant.**

**No. 08–30171.**

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 21, 2009.

Eric Vincent Carroll, Esquire, Assistant U.S., USGF—Office of the U.S. Attorney, Great Falls, MT, for Plaintiff-Appellee.

Evangelo Arvanetes, Assistant Federal Public Defender, FDMT—Federal Defenders of Montana, Great Falls, MT, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Brian Dean Bell appeals from the 37–month sentence imposed following his guilty-plea conviction for assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 113(a)(6) and 1153. We have

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Bell contends that the sentence imposed was unreasonable because, among other things, the district court failed to properly consider the factors set forth in 18 U.S.C. § 3553(a) and did not sufficiently explain the sentence. The district court did not procedurally err and the sentence is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Carty,* 520 F.3d 984, 990–93 (9th Cir.2008) (en banc).

**AFFIRMED.**